■ DIANA RAMSEY et al., Appellants, v NORSTAR BANK, N. A., Respondent. [620 NYS2d 1020] —Appeal from an order of the Supreme Court (Fischer, J.), entered January 20, 1994 in Broome County, which, *inter alia,* granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Robert E. Fischer.

Mikoll, J. P., Crew III, White, Casey and Peters, JJ., concur. Ordered that the order is affirmed, with costs.